**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **AZURE NETWORKS LLC, ET AL.** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CASE NO.  6:11cv139** |
| | § | **PATENT CASE** |
| **CSR plc, ET AL.** | § | |
| | § | |
| **Defendants** | § | |
| | § | |
| | § | |

**MEDIATION ORDER**

The Court is of the opinion that this case would benefit from mediation and hereby refers the

case to mediation and appoints the following mediator:

| Mediator: | Name: | Robert Faulkner |
|---|---|---|
| | Address | 8401 N. Central Expwy., Suite 610 |
| | City, State | Dallas, Texas 75225 |
| | Phone: | (214) 744-5267 |
| | Fax: | (214) 720-6010 |

The mediator is responsible for immediately contacting all parties to schedule the earliest optimum

time for mediation of this case, but in no event later than the mediation deadline:

Mediation Deadline:   August 6, 2012 (1st round)

August 20, 2013 (2nd round)

If the case does not settle at the first mediation, the mediator is encouraged to continue dialogue with

the parties working toward settlement of the case.   The mediator shall have the authority to

reconvene subsequent mediations any time the mediator believes it to be potentially productive.

All counsel are responsible for notifying their clients of the mediation date so that all parties

and interested persons have the mediation date scheduled well in advance.  Counsel should prepare

for the mediation just as they would prepare for a significant hearing or trial in this case.

Mediation will be conducted in accordance with the Eastern District's Mediation Plan. (*See* General Order 07-09 on the Court's website, www.txed.uscourts.gov.)   Within five days of the conclusion of the mediation, the mediator is requested to file with the Court a Mediator's Report advising the Court of the results of the mediation.

**So ORDERED and SIGNED this 9th day of January, 2012.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE