**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC et al.,** | § | |
| | § | **NO. 6:11cv139 LED-JDL** |
| vs. | § | |
| | § | **PATENT CASE** |
| **CSR PLC, et al.** | § | |

## ORDER

Before the Court is Defendants'[1] Motion for Extension of Time to Complete Discovery (Doc. No. 242) ("Motion"). Plaintiff Azure Networks LLC ("Azure") has filed a Notice of Non-Opposition to the Motion (Doc. No. 246). Upon consideration, the Motion is **DENIED.** The parties shall complete the first round of mediation no later than **January 31, 2013.** Unless the mediator is unavailable, the Court will not extend the deadline beyond January 31, 2013.

**So ORDERED and SIGNED this 1st day of November, 2012.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

---

[1] Moving Defendants are: Atheros Communications, Inc., Broadcom Corporation, CSR plc, Cambridge Silicon Radio International LLC, Marvell Semiconductor, Inc., Qualcomm Incorporated, Ralink Technology Corporation [Taiwan], Ralink Technology Corporation [USA], Texas Instruments Inc. (Collectively "Defendants").