IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **AZURE NETWORKS LLC, ET AL.** § § § **Plaintiffs** § § **vs.** § § **CSR plc, ET AL.** § § **Defendants** § § § | **CASE NO. 6:11cv139** **PATENT CASE** |

## ORDER

The Court has received a bill representing services rendered and expenses incurred through December 31, 2012 by technical advisor, David Keyzer, El Dorado Hills, California.  Upon review, the Court finds the total amount charged, $16,061.61 to be appropriate and ORDERS Plaintiffs to pay one half, $8,030.80 and Defendants, collectively, to pay one half, $8,030.80.

Payment should be made by January 31, 2013 to David Keyzer, Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762 and reference Invoice Number 1033.

**So ORDERED and SIGNED this 16th day of January, 2013.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE