**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **AZURE NETWORKS, LLC et al.,** § | |
| § | **NO. 6:11cv139 MHS-JDL** |
| **vs.** § | |
| § | **PATENT CASE** |
| **CSR PLC, et al.** § | |

## ORDER ADOPTING REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636.  The Report and Recommendation of the Magistrate Judge (Doc. No. 267) ("Report and Recommendation"), which contains his finding that certain claims of U.S. Patent No. 7,756,129 ("the '129 Patent") are not invalid for indefiniteness, has been presented for consideration.  Defendants Atheros Communications, Inc., Broadcom Corporation, CSR plc, Cambridge Silicon Radio International LLC, Marvell Semiconductor, Inc., Qualcomm Incorporated, Ralink Technology Corporation [Taiwan], Ralink Technology Corporation [USA], Texas Instruments Inc. (collectively "Defendants") have filed objections to the Report and Recommendations pursuant to Federal Rule of Civil Procedure 72(b) (Doc. No. 271).  Plaintiff Azure Networks, LLC has filed a Response (Doc. No. 280). Having reviewed the parties' submissions, the Court is of the opinion that the Magistrate Judge's conclusions are correct.  Therefore, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge as the opinion of this Court.  All objections are overruled and Defendants' Motion for Summary Judgment of Invalidity for Indefiniteness (Doc. No. 248) is **DENIED**.

    It is SO ORDERED.

    SIGNED this 17th day of May, 2013.

_Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE