IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| AZURE NETWORKS, LLC, et al. | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-139-LED-JDL |
| v. | § § | JURY TRIAL DEMANDED |
| CSR PLC, et al., | § § | |
| *Defendants*. | § | |

### JOINT MOTION TO DISMISS CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(2) AND (c)

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation ("Plaintiffs") and Defendant Texas Instruments Inc. ("TI") jointly move for dismissal WITHOUT PREJUDICE of all claims and counterclaims asserted by and between Plaintiff and TI in this action.

Plaintiffs and TI will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

Respectfully submitted,

*/s/ Eric M. Albritton*

Eric M. Albritton<br>
Texas State Bar No. 00790215<br>
ema@emafirm.com<br>
Michael A. Benefield<br>
Texas State Bar No. 24073408<br>
mab@emafirm.com

1

**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
J. Mike Amerson
Texas State Bar No. 01150025
mike@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
Michael A. Benefield
Texas State Bar No. 24073408
mbenefield@wmalaw.com
David W. Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Scott Woloson
Texas State Bar No 24066305
swoloson@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011

*ATTORNEYS FOR PLAINTIFFS AZURE NETWORKS, LLC AND TRI-COUNTY EXCELSIOR FOUNDATION*

Respectfully submitted,

*/s/ Amanda R. Abraham*

Carl R. Roth
cr@rothfirm.com
Brendan C. Roth
br@rothfirm.com
Amanda A. Abraham
aa@rothfirm.com

THE ROTH LAW FIRM, P.C.
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*ATTORNEYS FOR DEFENDANT*
*TEXAS INSTRUMENTS*
*INCORPORATED*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 28th day of May, 2013.

/s/ Eric M. Albritton
Eric M. Albritton