IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC, et al.** | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-139-LED-JDL |
| v. | § § | |
| | § § | **JURY TRIAL DEMANDED** |
| **CSR PLC, et al.,** | § § | |
| *Defendants*. | § § | |

**STIPULATION
FOR ENTRY OF FINAL JUDGMENT BASED ON THE COURT'S
<u>CLAIM CONSTRUCTION</u>**

WHEREAS, Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation have asserted that Defendants CSR PLC, Cambridge Silicon Radio International LLC, Atheros Communications, Inc., Broadcom Corporation, Marvell Semiconductor, Inc., Qualcomm Incorporated, Ralink Technology Corporation [Taiwan], Ralink Technology Corporation [USA], and Texas Instruments Inc. (collectively the "Defendants") infringe at least one claim of United States Patent No. 7,756,129 (the "'129 patent); and

WHEREAS, this Court construed the term "MAC address" used in the asserted claims in its Memorandum Opinion and Order on claim construction dated January 15, 2013 (the "Claim Construction Order"); and

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      The term "MAC address(es)" appears in claims 43 and 221.

2. All asserted claims ultimately depend from either claim 43 or 221 and, therefore, include the term "MAC address(es)."

3. In the Claim Construction Order, the Court construed "MAC address(es)" as "a device identifier generated by the hub device."

4. Under the Court's construction, none of the Defendants' accused products satisfy the "MAC address(es)" limitation as set forth in Plaintiffs' Infringement Contentions served December 15, 2011 ("Infringement Contentions"). Defendants' accused products include the products identified in Plaintiffs' Infringement Contentions, including the products identified by Defendants in response to Plaintiffs' Interrogatory No. 1, as of January 1, 2013.

5. Therefore, none of the Defendants accused products infringe the asserted claims of the '129 patent under this construction.

6. As a result of the Court's Claim Construction Order regarding the term "MAC address(es)", and the above provisions of this Stipulation, the parties agree that the accused products do not infringe the asserted claims of the '129 patent.

7. Based on the above, the parties request that the Court enter a final judgment of non-infringement with respect to all accused products for all Defendants on all asserted claims, subject to the parties' right to appeal.

8. In the final judgment, the parties also request that the Court dismiss all of the Defendants' defenses and counterclaims, including their counterclaims of patent invalidity, without prejudice. Plaintiffs will not oppose any attempt by Defendants to assert the defenses and counterclaims described above following any remand.

9. Plaintiffs will move to dismiss without prejudice all other currently pending actions in which they have asserted the '129 patent against any party, and will not attempt to refile any such action until resolution of the appeal in this action.

10. The parties intend to preserve the *status quo* on all other issues, in the event an appeal results in remand for further proceedings in this Court.  Following any remand, the parties will request that the Court order a Case Management Conference to determine the schedule for further proceedings.

11. The parties expressly reserve the right to appeal other rulings that do not form the basis for the finding of non-infringement described above, including but not limited to the Court's claim construction ruling as to other terms interpreted in its Claim Construction Order.

12. The parties respectfully request that the Court enter the Final Judgment attached hereto.

13. Each party shall bear its own costs and attorneys' fees, including such costs and fees on appeal.

Respectfully Submitted,

/s/ Eric M. Albritton

Eric M. Albritton  
Texas State Bar No. 00790215  
ema@emafirm.com  
Michael A. Benefield  
Texas State Bar No. 24073408  
mab@emafirm.com  
ALBRITTON LAW FIRM  
P.O. Box 2649  
Longview, Texas 75606  
Telephone:  (903) 757-8449  
Facsimile:  (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
Brian K. Buss
Texas State Bar No. 00798089
bbuss@wmalaw.com
Christopher N. Cravey
Texas State Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
David K. Wooten
Texas State Bar No. 24033477
dwooten@wmalaw.com
David Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com
Leisa Talbert Peschel
Texas State Bar No. 24060414
lpeschel@wmalaw.com
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Telephone:  (713) 934-7000
Facsimile:  (713) 934-7011

*Counsel for Azure Networks, LLC and Tri-County Excelsior Foundation*

Respectfully Submitted,

s/ *Michael E. Jones (with permission)*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Dominic E. Massa (pro hac vice)
Louis W. Tompros (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: 617-526-6000
Fax: 617-526-5000

Bethany Stevens (pro hac vice)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Tel: 213-443-5300
Fax: 213-443-5400

*Attorneys for Broadcom Corporation*

Respectfully Submitted,

*/s/ Jeffrey E. Ostrow (with permission)*
JEFFREY E. OSTROW (Lead Attorney)
jostrow@stblaw.com (*pro hac vice*)
JONATHAN C. SANDERS (*pro hac vice*)
jsanders@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, California 94304
Tel:  (650) 251-5000
Fax: (650) 251-5002

KERRY L. KONRAD (*pro hac vice*)
kkonrad@stblaw.com
VICTOR COLE (Texas PRID No. 3354198)
vcole@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel:  (212) 455-2000
Fax: (212) 455-2502

ANDY TINDEL
State Bar No. 20054500
atindel@andytindel.com

MANN, TINDEL & THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909

***Attorneys for Defendants CSR plc, Cambridge Silicon Radio International LLC, Marvell Semiconductor Inc., Ralink Technology Corporation [Taiwan], and Ralink Technology Corporation [USA]***

Respectfully Submitted,

*/s/ Matthew Brigham (with permission)*
Timothy S. Teter (CA SBN 171451)
Matthew Brigham (CA SBN 191428)
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650-843-5000
Fax: 650-849-7400
teterts@cooley.com
mbrigham@cooley.com

Michael E. Jones
Allen F. Gardner
Potter Minton PC
110 N. College, Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
allengardner@potterminton.com

***Attorneys for Defendants Qualcomm Atheros, Inc. and Qualcomm Incorporated***

**CERTIFICATE OF SERVICE**

      Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), the undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, the document is being served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), any other counsel of record will be served with a true and correct copy of the foregoing by email on this 28th day of May 2013.

Eric M. Albritton