IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC, et al.** § § | | |
| *Plaintiffs*, § § | Civil Action No. 6:11-CV-139 | |
| v. § § | **JURY TRIAL DEMANDED** | |
| **CSR PLC, et al.,** § § | | |
| *Defendants*. § | | |

### ORDER

The Joint Motion filed by Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation ("Plaintiffs") and Defendant Texas Instruments Inc. ("TI") to Dismiss Claims and Counterclaims Without Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) (Doc. No. 292) shall be, and hereby is, GRANTED.  All claims and counterclaims asserted by and between Plaintiff and TI in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and TI will each bear their own costs, expenses and legal fees.

**It is SO ORDERED.**

**SIGNED this 30th day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE