IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC, et al.** | § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:11-CV-139-LED-JDL |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| **CSR PLC, et al.,** | § § | |
| *Defendants*. | § | |

## FINAL JUDGMENT

Based upon this Court's construction of the term "MAC address(es)" in United States Patent No. 7,756,129 ("the '129 Patent"), pursuant to the Order dated January 15, 2013 and this Court's Order adopting same, the parties have stipulated that, under this Court's construction, none of the Defendants' accused products satisfy the "MAC address(es)" limitation of the asserted claims, and all Defendants are entitled to a judgment of non-infringement as a matter of law as to all of Plaintiffs' asserted claims.[1]  Accordingly, the Court enters Judgment as follows:

Judgment is entered against Plaintiffs and for Defendants as to Plaintiffs' claims for patent infringement, subject to the parties' right to appeal;

Subject to the parties' right to appeal, the Court further enters judgment for Defendants and against Plaintiffs on Defendants' counterclaims seeking declaratory judgment of non-infringement and Defendants' affirmative defenses of non-infringement, and declares the '129 Patent not infringed by Defendants.  Plaintiffs Azure Networks, LLC and Tri-County Excelsior

---

[1] Defendants' "accused products" include the products identified in Plaintiffs' Infringement Contentions served December 15, 2011 and the products identified by Defendants in response to Plaintiffs' Interrogatory No. 1 as of January 1, 2013.

Foundation shall take nothing from Defendants with respect to the asserted claims of the '129 Patent;

All other claims, counterclaims, defenses, or other matters which have been asserted, including Defendants' counterclaims of patent invalidity, are dismissed without prejudice;

All pending motions are denied, all pending objections to any report and recommendation of the Magistrate Judge are overruled, and those reports and recommendations are adopted as the Orders of the Court;

Each party shall bear its own costs and attorneys' fees.

**It is SO ORDERED.**

**SIGNED this 30th day of May, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE