IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC, et al.** § | | |
| § | | |
| *Plaintiffs*, § | Civil Action No. 6:11-CV-139-LED-JDL | |
| § | | |
| v. § | | |
| § | **JURY TRIAL DEMANDED** | |
| **CSR PLC, et al.,** § | | |
| § | | |
| *Defendants*. § | | |

### PLAINTIFFS AZURE NETWORKS, LLC AND TRI-COUNTY EXCELSIOR FOUNDATION'S NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation (collectively "Plaintiffs") in the above-captioned case hereby appeal to the United States Court of Appeals for the Federal Circuit.

Plaintiffs appeal the Final Judgment of Non-Infringement (Dkt. No. 296), entered in this action on May 30, 2013, and the orders and decisions entered in this case, including (a) the Court's Memorandum Opinion and Order (Dkt. No. 266) ("Opinion"), which contains the Honorable Magistrate Judge Love's construction of disputed terms and phrases in U.S. Patent No. 7,756,129, entered on January 15, 2013, by way of the Order entered on May 20, 2013 (Dkt. No. 291) adopting with certain clarifying comments the Opinion, overruling all objections to and denying Plaintiffs' Motion for Reconsideration of the Opinion filed pursuant to Fed. R. Civ. P. 72(a) (Dkt. No. 273) on January 30, 2013, and (b) the Court's Order entered on March 6, 2013 (Dkt. No. 286) dismissing Tri-County Excelsior Foundation as a party to this matter for lack of standing to sue for infringement.

As such, and pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A) ("the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after entry of the judgment or order appealed from"), Plaintiffs seek to challenge the claim construction order, which resulted in a judgment of non-infringement, and to challenge the dismissal of Plaintiff Tri-County Excelsior Foundation from the case.

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
Michael A. Benefield
Texas State Bar No. 24073408
mab@emafirm.com
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Danny L. Williams
Texas State Bar No. 21518050
danny@wmalaw.com
Brian K. Buss
Texas State Bar No. 00798089
bbuss@wmalaw.com
Christopher N. Cravey
Texas State Bar No. 24034398
ccravey@wmalaw.com
Matthew R. Rodgers
Texas State Bar No. 24041802
mrodgers@wmalaw.com
David K. Wooten
Texas State Bar No. 24033477
dwooten@wmalaw.com
David Morehan
Texas State Bar No. 24065790
dmorehan@wmalaw.com

> Leisa Talbert Peschel
> Texas State Bar No. 24060414
> lpeschel@wmalaw.com
> WILLIAMS, MORGAN & AMERSON, P.C.
> 10333 Richmond, Suite 1100
> Houston, Texas 77042
> Telephone:  (713) 934-7000
> Facsimile:  (713) 934-7011
>
> ***Counsel for Azure Networks, LLC and Tri-County Excelsior Foundation***

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), the undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(d), any other counsel of record will be served with a true and correct copy of the foregoing by email on this 20th day of June 2013.

/s/ Eric M. Albritton
Eric M. Albritton