FORM 22. Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

Azure Networks, LLC and Tri-County Excelsior Foundation

—VERSUS—

CSR PLC, et al.

) Appeal from ☑ U.S. District Court for the Eastern District of Texas
❑ Court of International Trade
❑ Court of Federal Claims

) TRIAL COURT NO. 6:11-cv-139-LED
) CIRCUIT COURT NO. 13-1459

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 14 DAYS OF FILING OF NOTICE OF APPEAL.
When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
( ) A transcript is not needed for the appeal
( ) A transcript is already on file
( ✓ ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars): Markman Hearing held on December 20, 2012, before Magistrate Judge John D. Love.
Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
( ✓ ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED _[signature]_ DATE 07/03/2013 COUNSEL FOR Azure Networks, LLC and Tri-County Excelsior Foundation
ADDRESS Albritton Law Firm, P.O. Box 2649, Longview, TX 75606
TELEPHONE (903) 757-8449

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: _____
Estimated completion date: _____
Estimated number of pages: _____
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

_____
Signature and Date
Telephone _____

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. _____ volumes of transcript have been filed with the Trial Court today.

_____     _____
Date                                           Signature

Reset Fields