IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC** *et al.*, | § § | |
| *Plaintiffs*, | § § | CIVIL ACTION NO. 6:11-CV-139-LED |
| v. | § § | |
| | § § | PATENT CASE |
| **CSR PLC,** *et al.*, | § § | |
| *Defendants*. | § § | |

### AGREEMENT TO DEDESIGNATE CERTAIN PROTECTED INFORMATION

The parties to this action hereby agree, through their respective counsel, to the following Agreement to De-designate Certain Protected Information ("Agreement") related to this action, in compliance with Federal Circuit Rule 11(d).

**IT IS HEREBY AGREED:**

**1.** To de-designate certain documents containing Protected Information that were filed under seal pursuant to the Protective Order, Dkt. No. 176. Under this Agreement and pursuant to § 5 of the Protective Order, the parties agree, by written notice, to de-designate the documents listed in Exhibit 1, attached hereto.

**2.** To de-designate certain portions of Dkt. No. 179-2 (Ex. A to Defendants' Motion to Dismiss TCEF for Lack of Standing – Exclusive License between Azure and Tri-County Excelsior Foundation). As attached hereto, Exhibit 2 to this Agreement contains an annotated copy of the aforementioned Exclusive License, with red boxes encompassing portions of the Exclusive License that the parties have agreed to de-designate.

**STIPULATED AND AGREED:**

Dated: August 14, 2013

*/s/ Eric M. Albritton*
Michael E. Joffre
Anna D. Mayergoyz
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
mjoffre@khhte.com
amayergoyz@khhte.com

Eric M. Albritton
Michael A. Benefield
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606
(903) 757-8449
ema@emafirm.com
mab@emafirm.com

Danny L. Williams
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, TX 77042
(713) 934-7000
dwilliams@wmalaw.com

*Counsel for Plaintiffs-Appellants*
*Azure Networks, LLC and Tri-County*
*Excelsior Foundation*

Dated: August 14, 2013

*/s/ Jeffrey E. Ostrow (with permission)*
Jeffrey E. Ostrow, Esq.
SIMPSON THATCHER & BARTLETT, LLP
2475 Hanover Street
Palo Alto, CA 94304
jostrow@stblaw.com

Kerry L. Konrad
SIMPSON THATCHER & BARTLETT, LLP
425 Lexington Avenue
New York, NY 10017
kkonrad@stblaw.com

Andy Tindel
ANDY TINDEL, ATTORNEY AND
  COUNSELOR AT LAW, P.C.
112 E Line Street, Suite 304
Tyler, TX 75702
atindel@andytindel.com

*Counsel for Defendants-Appellees*
*CSR plc and Cambridge Silicon Radio*
*International, LLC, Marvell*
*Semiconductor Inc., Ralink*
*Technology Coporation (Taiwan), and*
*Ralink Technology Corporation*
*(USA)*

| | |
|---|---|
| */s/  Timothy Teter (with permission)* | */s/ Dominic E. Massa (with permission)* |
| Timothy Teter | Dominic E. Massa |
| Matthew Brigham | Louis W. Tompros |
| Lori Mason | Jason H. Liss |
| COOLEY LLP | Dana Burwell |
| Five Palo Alto Square | WILMER CUTLER PICKERING HALE AND |
| 300 El Camino Real |   DORR LLP |
| Palo Alto, CA 94306 | 60 State Street |
| teterts@cooley.com | Boston, MA 02109 |
| mbrigham@cooley.com | dominic.massa@wilmerhale.com |
| lmason@cooley.com | louis.tompros@wilmerhale.com |
| | dana.burwell@wilmerhale.com |
| *Counsel for Defendants-Appellees Qualcomm Incorporated and Atheros Communications, Inc.* | jason.liss@wilmerhale.com |
| | *Counsel for Defendant-Appellee Broadcom Corporation* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 15th day of August 2013.

Eric M. Albritton