**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 6:11-cv-139 |
| | § | |
| **CSR PLC,** *et al.,* | § | |
| | § | |
| *Defendants*. | § | |

**PLAINTIFF AZURE NETWORKS, LLC'S UNOPPOSED MOTION TO WITHDRAW
WILLIAMS MORGAN, P.C. AS COUNSEL OF RECORD**

Plaintiff Azure Networks, LLC ("Azure") respectfully moves the Court to allow Williams Morgan, P.C. to withdraw as counsel of record in the above-captioned action. Azure's Motion to withdraw counsel of record includes the following attorneys:

- Danny L. Williams, Texas Bar No. 21518050
- Brian K. Buss, Texas Bar No. 00798089
- Christopher N. Cravey, Texas Bar No. 24034398
- Matthew R. Rodgers, Texas Bar No. 24041802
- David K. Wooten, Texas Bar No. 24033477
- Leisa Talbert Peschel, Texas Bar No. 24060414

This motion does not affect any other representation in this action.

Date:  January 12, 2015                                   Respectfully submitted,

/s/ *Chris Cravey*
Danny L. Williams, Texas Bar No. 21518050
Brian K. Buss, Texas Bar No. 00798089
Matthew R. Rodgers, Texas Bar No. 24041802
Christopher N. Cravey, Texas Bar No. 24034398
David K. Wooten, Texas Bar No. 24033477
Leisa Talbert Peschel, Texas Bar No. 24060414
**WILLIAMS MORGAN, P.C.**
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Facsimile: (713) 934-7011
Email: dwilliams@wmalaw.com
Email: bbuss@wmalaw.com
Email: mrodgers@wmalaw.com
Email: cravey@wmalaw.com
Email: dwooten@wmalaw.com
Email: lpeschel@wmalaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Donna E. Ward*
Litigation Paralegal

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the conference required by Local Rule CV7(h) has occurred and this Motion is unopposed.

/s/ *Chris Cravey*