IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | |
|---|---|
| AZURE NETWORKS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CSR PLC, et al.,<br><br>　　　　Defendants | Civil Action No. 6:11-CV-00139-MHS-JDL |

### ORDER GRANTING QUALCOMM ATHEROS INC.'S AND QUALCOMM INCORPORATED'S MOTION TO WITHDRAW JESSE DYER AS COUNSEL OF RECORD

Defendants Qualcomm Atheros Inc. and Qualcomm Incorporated's unopposed motion to withdraw Jesse Dyer as counsel of record is hereby granted. Accordingly, the Clerk shall terminated Jesse Dyer as counsel of record for Qualcomm Atheros Inc. and Qualcomm Incorporated and discontinue CM/ECF notices to Jesse Dyer for this civil action.

**So ORDERED and SIGNED this 13th day of January, 2015.**

　　　　　　　　　　　　　　　　　　　JOHN D. LOVE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE