NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE BROADCOM CORPORATION, QUALCOMM INCORPORATED, AND QUALCOMM ATHEROS, INC.,**
*Petitioners.*

2013-141

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 11-CV-0139, Chief Judge Leonard Davis.

Before PROST, *Chief Judge,* MOORE and O'MALLEY*, Circuit Judges.*

MOORE, *Circuit Judge.*

**O R D E R**

Broadcom Corporation, Qualcomm Incorporated, and Qualcomm Atheros, Inc. originally sought a writ of mandamus ordering the U.S. District Court for the Eastern District of Texas to dismiss this case or, in the alternative, to transfer the case.  In an April 23, 2013 order, this court denied the petition.  Thereafter, the Supreme Court of the United States granted a writ of certiorari, vacated this court's judgment, and remanded the case to the court for further consideration in light of its holding in *Atlantic Marine Construction Co. v. U.S. Dist. Court for the W.*

Case 6:11-cv-00139-RWS-JDL Document 324 Filed 01/29/2015 PageID #: 5530

2                                                    IN RE BROADCOM CORP

*Dist. of Texas*, — U.S. —, 134 S. Ct. 568 (2013). These mandamus proceedings were stayed pending this court's disposition of a related appeal, *Azure Networks, LLC v. CSR, PLC*, 2013-1459. After the mandate in that appeal issued, the parties separately informed the court regarding how they believe this petition for mandamus should proceed.

We deem it the better course to grant in part the petition for a writ of mandamus, vacate the district court's September 27, 2012 order, and remand to the district court for reconsideration of its order in light of the holding in *Atlantic Marine*.

Accordingly,

IT IS ORDERED THAT:

The petition for writ of mandamus is granted to the extent that the district court's September 27, 2012 order is vacated and the case is remanded to the district court for further proceedings consistent with this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26